**FARKAS & DONOHUE, LLC**
Evelyn C. Farkas, Esq. - ID No. 024851985
25 A Hanover Road, Suite 320
Florham Park, New Jersey 07932
973-443-9400
973-443-4330 – Fax
Attorneys for Defendants, The Valley Hospital, Valley Health System, Center for Maternal Fetal Medicine at the Valley Hospital, Camille Horan, BS, RDMS and Leigh Shingelo, RDMS
Our File No.: VH-259

| | |
|---|---|
| O.L., a minor, by and through his Guardian ad Litem, ANDRES LAUGHERY, and ANDREA LAUGHERY, Individually<br><br>Plaintiff(s)<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, INC.; THE VALLEY HOSPITAL; TRACI BURGESS, MD, MPH; CLAUDIA MOSQUERA, MD; CAMILLE HORAN, BS, RDMS; LEIGH SHINGELO, RDMS; VALLEY MEDICAL GROUP, PA; MATERNAL FETAL MEDICINE ASSOCIATES; CENTER FOR MATERNAL FETAL MEDICINE AT THE VALLEY HOSPITAL a/k/a MATERNAL FETAL MEDICINE AT THE VALLEY HOSPITAL; JOHN DOE EMPLOYERS A-Z (multiple fictitious entities); JOHN/JANE DOE OBSTETRICAL CARE PROVIDERS A-Z (multiple fictitious entities); and JOHN/JANE DOE SONOGRAPHERS (multiple fictitious entities), j/s/a<br><br>Defendant(s) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:17-CV-04362-KSH-CLW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS THE VALLEY HOSPITAL, VALLEY HEALTH SYSTEM, CENTER FOR MATERNAL FETAL MEDICINE AT THE VALLEY HOSPITAL, CAMILLE HORAN, BS, RDMS AND LEIGH SHINGELO, RDMS** |

**IT IS** hereby stipulated and agreed that any and all claims against defendants, The Valley Hospital, Valley Health System, Center for Maternal Fetal Medicine at the Valley Hospital, Camille Horan, BS, RDMS and Leigh Shingelo, RDMS, be and are hereby dismissed without prejudice and without costs against either party.

**Farkas & Donohue, LLC**
Attorneys for Defendants,
The Valley Hospital, Valley Health System,
Center for Maternal Fetal Medicine at the
Valley Hospital, Camille Horan, BS, RDMS
and Leigh Shingelo, RDMS,

By: _____
     Evelyn C. Farkas, Esq.

Dated: 8/1/17

**Weiss & Paarz**
Attorneys for Plaintiff

By: _____
     Julie Nugent, Esq.

Dated: 8/1/17

**Vasios, Kelly & Strollo**
Attorneys for Defendants, Valley Medical
Group, Traci Burgess and Claudia
Mosquera

     *Rowena Duran, Esq.*
By: _____
     Rowena Duran, Esq.

Dated: 8/1/17