Rowena M. Duran, Esq. - 017821984
**VASIOS, KELLY & STROLLO, P.A.**
2444 MORRIS AVENUE, SUITE 304
UNION, N.J. 07083
(908) 688-1020
Attorneys for Defendants, Valley Medical Group, Traci Burgess,
M.D. and Claudia Mosquera Charlenea, M.D.
Our File No.:   1540.91200-RMD

| | |
|---|---|
| O.L., a minor, by and through his Guardian ad Litem, ANDRES LAUGHERY, and ANDREA LAUGHERY, Individually<br><br>    Plaintiff(s)<br><br>            vs.<br><br>VALLEY HEALTH SYSTEM, INC.; THE VALLEY HOSPITAL; TRACI BURGESS, MD, MPH; CLAUDIA MOSQUERA, MD; CAMILLE HORAN, BS, RDMS; LEIGH SHINGELO, RDMS; VALLEY MEDICAL GROUP, PA; MATERNAL FETAL MEDICINE ASSOCIATES; CENTER FOR MATERNAL FETAL MEDICINE AT THE VALLEY HOSPITAL a/k/a MATERNAL FETAL MEDICINE AT THE VALLEY HOSPITAL; JOHN DOE EMPLOYERS A-Z (multiple fictitious entities); JOHN/JANE DOE OBSTETRICAL CARE PROVIDERS A-Z (multiple fictitious entities); and JOHN/JANE DOE SONOGRAPHERS (multiple fictitious entities), j/s/a<br><br>    Defendant(s) | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br>2:17-cv-04362-KSH-CLW<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS, VALLEY MEDICAL GROUP, TRACI BURGESS, M.D., AND CLAUDIA MOSQUERA CHARLENEA, M.D. |

It is hereby stipulated and agreed that any and all claims against defendants, Valley Medical Group, Traci Burgess, M.D. and Claudia Mosquera Charlenea, M.D., be and are hereby

dismissed without prejudice and without costs against either party.

Dated: 8/2/17

WEISS & PAARZ

Julie E. Nugent, Esq.
Attorneys for Plaintiff

VASIOS, KELLY & STROLLO, P.A.

Rowena M. Durán, Esq.
Attorneys for Defendants,
Valley Medical Group, Traci
Burgess, M.D. and Claudia
Mosquera Charlenea, M.D.

Farkas & Donohue, LLC

_____
Evelyn Farkas, Esq.
Attorneys for Defendants
Valley Health System, Inc.,
The Valley Hospital,
Center for Maternal Fetal
Medicine at The Valley Hospital

So ordered: 8/4/17



dismissed without prejudice and without costs against either party.

Dated:

| WEISS & PAARZ | VASIOS, KELLY & STROLLO, P.A. |
|---|---|
| Julie E. Nugent, Esq.<br>Attorneys for Plaintiff | Rowena M. Durán, Esq.<br>Attorneys for Defendants,<br>Valley Medical Group, Traci<br>Burgess, M.D. and Claudia<br>Mosquera Charlenea, M.D. |

Farkas & Donohue, LLC

*Evelyn P. Farkas, Esq.*

Evelyn Farkas, Esq.
Attorneys for Defendants
Valley Health System, Inc.,
The Valley Hospital,
Center for Maternal Fetal
Medicine at The Valley Hospital